**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NORTH CAROLINA**

**EASTERN DIVISION**


CASE NO. 4:18-CR-00021-FL


UNITED STATES OF AMERICA  )

                       )

v.                        )      **Order Granting Motion for the**

                       )      **Transcription of**

TRENT M. NACHBAR       )      **Relevant Hearings Only**


**THIS MATTER** having come before the Court pursuant to Defendant's *Motion for the Transcription of Relevant Hearings Only* and the Court having reviewed the file and being otherwise fully advised in the matter **FINDS:**

    1.    Defendant's *Motion for the Transcription of Relevant Hearings Only* **should** be

granted.

**NOW THEREFORE, IT IS HEREBY ORDERED,** that transcriptions of the hearings on June 14th, 2017 and January 24th, 2018 are not required, and that if transcripts of the hearings on April 12th, 2017, and April 13th, 2018 are made, and are available to all parties involved in this case, satisfies the requirements of section 1 of the Court's May 25th order with deference to Local Criminal Rules 58.1(b)(2) & (3), and no further transcripts from Defendant are necessary.

**IT IS SO ORDERED** this 20th day of June, 2018.

**BY THE COURT:**

LOUISE W. FLANAGAN
United States District Judge

2